August 14, 1981.

435 A.2d 909

Assalone etc. v. Poeta, et al.

Appeal of Rockwood Insurance Co.

Submitted Jan. 12, 1981. Richard A. Bell, for appellant; John E. Fernan, for Assalone, appellee; Robert D. Douglass, for Poeta, appellee; John E. Hall, for P & N Coal, appellee.

Before SPAETH, BROSKY and MONTGOMERY, JJ.

Order affirmed.